UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:25-cv-11443-PD                    Date: March 6, 2026

Title    *Cesar Acevedo v. Hazheart Inc., et al.*

Present:  The Honorable:   Patricia Donahue, United States Magistrate Judge

|  Isabel Verduzco  |  N/A  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:        Attorneys Present for Defendants:

N/A                                    N/A

**Proceedings (In Chambers):**        **Order to Show Cause Why Defendant Hazheart Inc. Should Not Be Dismissed for Failure to Timely Serve**

On December 1, 2025, Cesar Acevedo ("Plaintiff") filed a complaint against Defendants Hazheart Inc. and Haynes Vannuys, LLC.  Dkt. No. 1.  On December 9, 2025, the Clerk issued a summons for Defendants.  Dkt. No. 8.  On December 9, 2025, Plaintiff filed a Notice of Voluntary Dismissal as to Haynes Vannuys, LLC, dismissing it without prejudice.  Dkt. No. 9.

Since then, Plaintiff has not filed a proof of service of the Summons, Complaint and Notice of Assignment and Declination of Consent, Dkt. No. 7, on the sole remaining Defendant, Hazheart Inc.

More than ninety days have passed since Plaintiff filed the complaint. Rule 4(m) of the Federal Rules of Civil Procedure provides that if service of the summons and complaint is not made upon a defendant within ninety days of filing the complaint, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ.

---

CV-90 (03/15)                    Civil Minutes – General                    Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:25-cv-11443-PD                Date: March 6, 2026

Title     *Cesar Acevedo v. Hazheart Inc., et al.*

P. 4(m).  If the plaintiff, however, "shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

Plaintiff is therefore ORDERED TO SHOW CAUSE in writing, by **March 19, 2026**, why proper service was not timely made on Defendant Hazheart Inc. and why this case should not be dismissed without prejudice for failure to effectuate service and for lack of prosecution.  Failure to timely file a written response to this Order may result in dismissal of this action against Hazheart Inc. for failure to effect service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a court order.  *See* Fed. R. Civ. P. 41(b).  Plaintiff may discharge this Order by filing a proof of service that complies with the applicable rules.

**IT IS SO ORDERED**.

---